STATE OF CONNECTICUT *v.* RAYMOND YOUNG

The defendant's petition for certification for appeal from the Appellate Court, 63 Conn. App. 794 (AC 19661), is denied.

*James B. Streeto,* deputy assistant public defender, in support of the petition.

*Robert M. Spector,* deputy assistant state's attorney, in opposition.

Decided September 13, 2001